COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Cause number:  01-16-00007-CV

Style:  Meseret Ayele d/b/a Mae Solutions, LLC v. Jani-King of Houston, Inc.

Date motion filed:  February 3, 2016

Type of Motion:  Objection to Mediation

Party filing motion:  Appellee

It is **ordered** that Appellee's objection to mediation is granted.  We withdraw our Mediation Order dated February 1, 2016.

Judge's signature:  /s/ Russell Lloyd
                          x Acting individually

Date:  February 3, 2016

---

\*       Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).